Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−29589−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Safi M Hanafy                                     Asmaa A Hanafy
   151 Burhans Avenue                       aka Asmaa Ashmuwy
   Haledon, NJ 07508                        151 Burhans Avenue
                                                  Haledon, NJ 07508

Social Security No.:
   xxx−xx−1264                                    xxx−xx−4996

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/19/19 at 10:00 AM

to consider and act upon the following:

*42* − Application for Extension of Loss Mitigation Period. Filed by Herbert B. Raymond on behalf of Asmaa A Hanafy, Safi M Hanafy. Objection deadline is 8/12/2019. (Attachments: # 1 Proposed Order Allowing Extension of Loss Mitigation # 2 Certificate of Service) (Raymond, Herbert)

*43* − Objection to DEBTOR'S APPLICATION FOR EXTENSION OF LOSS MITIGATION (related document:42 Application for Extension of Loss Mitigation Period. Filed by Herbert B. Raymond on behalf of Asmaa A Hanafy, Safi M Hanafy. Objection deadline is 8/12/2019. (Attachments: # 1 Proposed Order Allowing Extension of Loss Mitigation # 2 Certificate of Service) filed by Debtor Safi M Hanafy, Joint Debtor Asmaa A Hanafy) filed by Jill Manzo on behalf of PNC BANK, NATIONAL ASSOCIATION. (Attachments: # 1 Certificate of Service) (Manzo, Jill)

Dated: 8/14/19

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court