Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29589−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Safi M Hanafy
151 Burhans Avenue
Haledon, NJ 07508

Asmaa A Hanafy
aka Asmaa Ashmuwy
151 Burhans Avenue
Haledon, NJ 07508

Social Security No.:
   xxx−xx−1264
   xxx−xx−4996

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/19/19 at 10:00 AM

to consider and act upon the following:

*42* − Application for Extension of Loss Mitigation Period. Filed by Herbert B. Raymond on behalf of Asmaa A Hanafy, Safi M Hanafy. Objection deadline is 8/12/2019. (Attachments: # 1 Proposed Order Allowing Extension of Loss Mitigation # 2 Certificate of Service) (Raymond, Herbert)

*43* − Objection to DEBTOR'S APPLICATION FOR EXTENSION OF LOSS MITIGATION (related document:42 Application for Extension of Loss Mitigation Period. Filed by Herbert B. Raymond on behalf of Asmaa A Hanafy, Safi M Hanafy. Objection deadline is 8/12/2019. (Attachments: # 1 Proposed Order Allowing Extension of Loss Mitigation # 2 Certificate of Service) filed by Debtor Safi M Hanafy, Joint Debtor Asmaa A Hanafy) filed by Jill Manzo on behalf of PNC BANK, NATIONAL ASSOCIATION. (Attachments: # 1 Certificate of Service) (Manzo, Jill)

Dated: 8/14/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-29589-VFP
Safi M Hanafy                                                         Chapter 13
Asmaa A Hanafy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 14, 2019
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.
db/jdb        +Safi M Hanafy,    Asmaa A Hanafy,    151 Burhans Avenue,    Haledon, NJ 07508-1441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 00:00:24
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:
              Herbert B. Raymond    on behalf of Joint Debtor Asmaa A Hanafy herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com
              Herbert B. Raymond    on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com
              Jill   Manzo    on behalf of Creditor    PNC MORTGAGE, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Jill   Manzo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8