UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on January 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SAFI HANAFY
ASMAA HANAFY,

DEBTOR(S)

Case No:   18-29589 (VFP)

Adv. No.:

Hearing Date:

Judge: VINCENT PAPALIA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: January 22, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Safi Hanfy
        Asmaa Hanafy, Debtor(s)

Case no.: 18-29589 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,650.00** for services rendered and expenses in the amount **$40.00**  for a total of **$1,690.00**.  The allowance shall be payable

\_\_\_XXXX\_\_\_    through the Chapter 13 plan as an administrative priority.

_____    outside the plan.


This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.