Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 18−29589−VFP
                                      Chapter: 13
                                      Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Safi M Hanafy                                   Asmaa A Hanafy
   151 Burhans Avenue                       aka Asmaa Ashmuwy
   Haledon, NJ 07508                       151 Burhans Avenue
                                                    Haledon, NJ 07508

Social Security No.:
   xxx−xx−1264                                    xxx−xx−4996

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on December 19, 2018.

    On 02/22/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                   March 19, 2020
Time:                 08:30 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 24, 2020
JAN: sjp

                                                                                                      Jeanne Naughton
                                                                                                      Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 18-29589-VFP
Safi M Hanafy                                                       Chapter 13
Asmaa A Hanafy
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                  Page 1 of 7                  Date Rcvd: Feb 24, 2020
                             Form ID: 185                 Total Noticed: 225


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db/jdb         +Safi M Hanafy,    Asmaa A Hanafy,    151 Burhans Avenue,    Haledon, NJ 07508-1441
517789615      +American Expess Legal LLC,    500 North Franklin Turnpike,    PO Box 278,    Ramsey, NJ 07446-0278
517789619       American Express,    PO Box 1270,    Newark, NJ 07101-1270
517789616      +American Express,    P0 Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
517789617      +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517789620       American Express,    PO Box 7871,    Fort Lauderdale, FL 33329
517789618       American Express,    PO Box 297812,    Ft. Lauderdale, FL 33329-7812
517904873       American Express National Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517789621      +Apotaker & Scian PC,    PO Box 5496,    Mount Laurel, NJ 08054-5496
517789622      +Apotaker & Scian PC ESQ,    PO Box 5496,    Mount Laurel, NJ 08054-5496
517789623      +Apothaker  Scian PC,    520 Fellowship Road,    C306,    Mount Laurel, NJ 08054-3410
517789624      +Apothaker & Associates, PC,    520 Fellowship Road,    C306,    Mount Laurel, NJ 08054-3410
517789627      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Parkway,    Greensboro, NC 27410)
517789632       Bank of America,    475 Crosspoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
517789636      +Bank of America,    PO Box 9000,    Getzville, NY 14068-9000
517789630       Bank of America,    Attn; Bankruptcy,    P0 Box 15021,    Wilmington, DE 19850
517789635      +Bank of America,    PO Box 17645,    Baltimore, MD 21297-1645
517789628      +Bank of America,    Attn: Recovery Department,     PO Box 2278,    Norfolk, VA 23501-2278
517789629       Bank of America,    4461 Piedmont Parkway,    Greensboro, NC 27410
517789634      +Bank of America,    100 North Tron Street,    Charlotte, NC 28255-0001
517789638      +Barnet Hospital,    1 E 35th Street,    Paterson, NJ 07514-1311
517789637      +Barnet Hospital,    680 Broadway,    Paterson, NJ 07514-1524
517789640       Best Buy,    PO Box 17051,    Baltimore, MD 21297-1051
517789639      +Best Buy,    Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
517789641       Best Buy/HSBC Retail,    PO Box 5244,    Carol Stream, IL 60197-5244
517789642      +Borough of Haledon,    Attn: Tax Collector,    510 Belmont Avenue,    Haledon, NJ 07508-1626
517789643      +Borough of Haledon NJ,    Attn: Tax Collector,    510 Belmont Avenue,    Haledon, NJ 07508-1626
517789644      +Borough of Haledon, NJ,    510 Belmont Avenue,    Haledon, NJ 07508-1626
517789691      ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Citicorp Credit Services, Inc.,      7920 NW 110th Street,
                 Kansas City, MO 64153)
517789674      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank,     Attn: Centralized Bankruptcy,    P0 Box 20363,
                 Kansas City, MO 64195)
517789678      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank,     PO Box 6553,    The Lakes, NV 88901)
517902616       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517789661      +Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
517789662       Cardmember Services,    P0 Box 8650,    Wilmington, DE 19899
517789663      +Cardmember Services,    PO Box 8982,    Madison, WI 53708-8982
517789665      +Celentano. Stadtmauer & Walentowicz,     PO Box 2594,    1035 Route 46 East,
                 Clifton, NJ 07013-7481
517789664       Celentano. Stadtmauer & Walentowicz,     PO Box 2594,    Clifton, NJ 07015-2594
517789666      +Chase Bank,    P0 Box 15298,    Wilmington, DE 19850-5298
517789668      +Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
517789671      +Chase Bank,    PO Box 183164,    Columbus, OH 43218-3164
517789669      +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
517789673       Chase Bankcard Services,    150 University Drive G2-8,     Scottsdale, AZ 85251
517789670       Chase bank,    PO Box 659409,    San Antonio, TX 78265
517789685      +CitiCards,    PO Box 6345,    The Lakes, NV 88901-0001
517789675      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
517789676       Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
517789681      +Citibank Sd, Na,    Pob 6241,    Sioux Falls, SD 57117-6241
517789684      +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
517789688      +Citicorp Cedit Services,    PO Box 39308,    Solon, OH 44139-0308
517789689      +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
517789695      +Citizens Bank,    Asset Disposition Redemption Specialist,     100A Sockanossett Crossroad, RDC100,
                 Cranston, RI 02920-5539
517789696      +Citizens Bank,    P0 Box 42115,    Providence, RI 02940-2115
517789697      +Citizens Finance Corporation,    PO Box 844,    Wausau, WI 54402-0844
517789712      +Dsnb Macys,    P0 Box 8218,    Mason, OH 45040-8218
517789713       Eichenbaum & Stylianou, LLC,    Attorneys At Law,    10 Forest Avenue - PO Box 914,
                 Paramus, NJ 07653-0914
517789715      +FIA Card Services, NA,    P0 Box 15137,    Wilmington, DE 19850-5137
517789717       Foster & Garbus,    PO Box 9030,    Farmingdale, NY 11735
517789716       Foster & Garbus,    PO Box 1148,    Hauppauge, NY 11788
517789718      +Foster and Garbus,    500 Bi-County Blvd.,    Suite 300, West Wing,    Farmingdale, NY 11735-3988
517789720       GE Money Bank,    PO Box 98143,    El Paso, TX 79998
517789728      +Gerald Sherman,    Attn: Paul a Grosso, ESQ,    172 Market Street,    Elmwood Park, NJ 07407-1413
517789729      +Haledon Tax Collector,    Attn: Tax Collector,    510 Belmont Avenue,    Haledon, NJ 07508-1626
```

```
District/off: 0312-2           User: admin                  Page 2 of 7                   Date Rcvd: Feb 24, 2020
                               Form ID: 185                 Total Noticed: 225

517789741      +LDW Benefits Payment Control,    PO Box 650,    Trenton, NJ 08646-0650
517789743      +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
517789746      +Macy's,    P0 Box 4583,    Carol Stream, IL 60197-4583
517789744       Macy's,    PO Box 4580,    Carol Stream, IL 60197-4580
517789742       Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
517789745       Macy's,    PO Box 4563,    Carol Stream, IL 60197-4563
517789749      +Macy's Visa,    P0 Box 9001108,    Louisville, KY 40290-1108
517789748       Macy's Visa,    PO Box 90098,    West Chester, OH 45071
517789747      +Macy's Visa,    P0 Box 745012,    Cincinnati, OH 45274-5012
517789750      +Macys,    P0 Box 8218,    Mason, OH 45040-8218
517789752      +Maher Alqarallah,    15 Brookview Drive,    Haledon, NJ 07508-2600
517789753      +Mattleman, Weinworth, & Miller ESQ,    401 Route 70 East,    Suite 100,
                 Cherry Hill, NJ 08034-2410
517789760      +Midland Funding,    P0 Box 2001,    Warren, MI 48090-2001
517789762      +Mohammad Zughbi,    55 3rd Avenue,    Paterson, NJ 07524-1560
517789763      +Mullooly, Jeffrey, Rooney & Flynn,    6851 Jericho Turnpike Suite 220,    PO Box 9036,
                 Syosset, NY 11791-9036
517789764      +Mullooly, Jeffrey, Rooney & Flynn,    PO Box 9036,    16th Floor,    Syosset, NY 11791-9036
517789765      +Mullooly, Jeffrey, Rooney & Flynn,    6851 Jericho Turnpike Suite 220,    Syosset, NY 11791-4449
517789772     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Infinti Lt,     Attn: Bankruptcy,    8900 Freeport Parkway,
                 Irving, TX 75063)
517789776       NYC Department of Finance,    Parking Violations Operations,    JAF Station,    PO Box 1724,
                 New York, NY 10116-1724
517789777      +NYC Department of Finance,    Parking summons,    PO Box 2057,    New York, NY 10272-2057
517789778      +NYC Department of Finance,    Parking Violations Operations,    Peck Slip Station,    PO Box 2337,
                 New York, NY 10272-2337
517789781      +NYC Parking Violations,    Church Street Station,    PO Box 3611,    New York, NY 10008-3611
517789766      +New Century,    110 S. Jefferson Rd., #104,    Whippany, NJ 07981-1038
517789767      +New Century Financial,    7 Entin Road,    Parsippany, NJ 07054-5020
517789769      +New Century Financial, LLC,    Attn: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517789771       Nissan,    18501 South Figueroa Street,    Gardena, CA 90248
517789773      +Nissan Motor Acceptance,    P0 Box 660360,    Dallas, TX 75266-0360
517789775      +Nissan-infiniti Finance,    Attn: Bankruptcy,    P0 Box 660366,    Dallas, TX 75266-0366
517789783      +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517917612      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND,OH 44101-4982
517789789      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517789790      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
517789792       PNC Bank,    Attn: Consumer Assistance Team,    PO Box 1326,    Pittsburgh, PA 15230
517789793      +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
517789791      +PNC Bank,    Attn: Mortgage Service Center,    PO Box 3714558,    Pittsburgh, PA 15250-0001
517789797       PNC Bank,    PO Box 4700,    Wilkes Barre, PA 18773-4700
517789798      +PNC Bank,    PO Box 15137,    Wilmington, DE 19886-5137
517789796       PNC Bank,    PO Box 15397,    Wilmington, DE 19886-5397
517789788       PNC Bank,    Po Box 5370,    Cleveland, OH 44101
517789800      +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
517789802       PNC National Bank of NJ,    PO Box 8310,    Philadelphia, PA 19101
517789817     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: PRA III , LLC,     PO Box 12914,    Norfolk, VA 23541)
517789782      +Paul a Grosso, ESQ,    172 Market Street,    Elmwood Park, NJ 07407-1413
517789786      +Pnc Bank,    103 Bellevue Pkwy,    Wilmington, DE 19809-3701
517789784      +Pnc Bank,    P0 Box 5570,    Cleveland, OH 44101-0570
517789799      +Pnc Bank Na,    P0 Box 3180,    Pittsburgh, PA 15230-3180
517789816      +Portfolio Recovery Associates, L.L.C.,    PO Box 12903,    Norfolk, VA 23541-0903
517789818      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517789819      +Pressler & Pressler ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517789820      +Pressler And Pressler, Attorneys,    7 Entin Road,    Parsippany, NJ 07054-5020
517789821      +Pressler, Felt, & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517789823      +Pressler, Felt, & Warshaw, LLP ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517789825      +Prism/cbna,    P0 Box 6497,    Sioux Falls, SD 57117-6497
517789828      +RBS,    Credit Card Services,    PO Box 42010,    Providence, RI 02940-2010
517789829      +RBS,    PO Box 18204,    Bridgeport, CT 06601-3204
517789830      +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd,    Warwick, RI 02886-1321
517789831      +RBS Citizens Cc,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
517789826      +Radio Shack,    Po Box 6497,    Sioux Falls, SD 57117-6497
517789827      +Radio Shack/cbsd,    Attn.: Citi Centralized Bankruptcy,    P0 Box 20363,
                 Kansas City, MO 64195-0363
517789832      +Resurgent,    PO Box 1410,    Troy, MI 48099-1410
517789837       Sears,    P0 Box 182532,    Columbus, OH 43218
517789838       Sears,    PO Box 182459,    Columbus, OH 43218
517789835      +Sears,    P0 Box 6282,    Sioux Falls, SD 57117-6282
517789839      +Sears Credit,    P0 Box 6282,    Sioux Falls, SD 57117-6282
517789843      +Sears Credit Card,    PO Box 183082,    Columbus, OH 43218-3082
517789842      +Sears Credit Card,    PO Box 183081,    Columbus, OH 43218-3081
517789841      +Sears Credit Card,    P0 Box 6282,    Sioux Falls, SD 57117-6282
517789844      +Sears Credit Card,    P0 Box 78051,    Phoenix, AZ 85062-8051
517789846      +Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
517789847      +Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
517789845      +Sears Credit Cards,    P0 Box 6282,    Sioux Falls, SD 57117-6282
```

```
District/off: 0312-2          User: admin              Page 3 of 7            Date Rcvd: Feb 24, 2020
                              Form ID: 185             Total Noticed: 225


517789849       +Sears Gold Mastercard,    PO Box 182156,    Columbus, OH 43218-2156
517789850       +Sears Gold Mastercard,    PO Box 6922,    The Lakes, NV 88901-0001
517789852        Selip & Stylianou, LLC,    Attorneys At Law,    PO Box 914,    Paramus, NJ 07653-0914
517789853       +Selip and Stylianou,    PO Box 9004,    Melville, NY 11747-9004
517789854       +Selip and Stylianou,    199 Crossways Park Drive,    PO Box 9004,    Woodbury, NY 11797-9004
517789855        State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
517789857       +State of New Jersey,    Department of Labor,    PO Box 059,    Trenton, NJ 08625-0059
517789869        TD bank,    PO Box 84037,    Fortson, GA 31808
517789865       +Target,    3901 West 53rd St.,    Sioux Falls, SD 57106-4221
517789866       +Target,    PO Box 660170,    Dallas, TX 75266-0170
517789867       +Target N.b.,    P0 Box 673,    Minneapolis, MN 55440-0673
517789714      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Elan Financial Service,     777 E Wisconsin Avenue,
                  Milwaukee, WI 53202)
517789878       +Wachovia Bank /Wells Fargo,    P0 Box 31557,    Mac B6955-01b,    Billings, MT 59107-1557
517789879       +Wachovia Bank Vasf/Wells Fargo,     Po Box 3117,    Winston Salem, NC 27102-3117
517789881       +Wells Fargo Bank,    Attn: National Asset Recovery,    PO Box 701,    Chesterfield, MO 63006-0701
517789880       +Wells Fargo Bank,    PO Box 30086,    Los Angeles, CA 90030-0086
517789883        Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
517789884       +Wells Fargo Card Services,    PO Box 6412,    Carol Stream, IL 60197-6412
517789885       +Wells Fargo Financial,    PO Box 98784,    Las Vegas, NV 89193-8784

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:08      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:04      United States Trustee,
                  Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:43
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517906819       +E-mail/Text: g20956@att.com Feb 25 2020 00:26:36      AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
517789625        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 00:25:51      Avenue,   PO Box 659584,
                  San Antonio, TX 78265-9584
517789652        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:07      Capital One,
                  PO Box 85015,    Richmond, VA 23285-5015
517789655        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:47      Capital One Bank,
                  15000 Capital One Drive,    Richmond, VA 23238
517789645       +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 00:26:24      Calvary Investments,
                  500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
517789646       +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 00:26:24      Calvary Portfolio Services,
                  Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
517789647       +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 00:26:24      Calvary Portfolio Services,
                  Po Box 27288,   Tempe, AZ 85285-7288
517789648       +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 00:26:24      Calvary Portfolio Services,
                  500 Summit Lake Drive,    PO Box 520,    Valhalla, NY 10595-0520
517789653       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:47      Capital One,
                  PO Box 85147,    Richmond, VA 23276-0001
517789650       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:07      Capital One,
                  PO Box 85617,    Richmond, VA 23285-5617
517789658       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:33:38      Capital One Bank,
                  PO Box 70885,    Charlotte, NC 28272-0885
517789657       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:47      Capital One Bank,
                  P0 Box 30281,    Salt Lake City, UT 84130-0281
517789654       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:47      Capital One Bank,
                  Attn: General Correspondence,    P0 Box  30285,    Salt Lake City, UT 84130-0285
517789659       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:07
                  Capital One Bank ( USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
517789660       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:48      Capital One, NA,
                  Capital One Bank (USA) N.A.,    P0 Box 30285,    Salt Lake City, UT 84130-0285
517867997       +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 00:26:24      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517789698       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 00:25:52      Comenity,   PO Box 183003,
                  Columbus, OH 43218-3003
517789699       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 00:25:52      Comenity Bank,
                  Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
517789701       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 25 2020 00:34:55      Credit One Bank,
                  P0 Box 98873,    Las Vegas, NV 89193-8873
517789703       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 25 2020 00:33:42      Credit One Bank,
                  P0 Box 80015,    Los Angeles, CA 90080-0015
517789702       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 25 2020 00:34:11      Credit One Bank,
                  585 S. Pilot Street,    Las Vegas, NV 89119-3619
517789708        E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover,   PO Box 30943,
                  Salt Lake City, UT 84130
517789710        E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover,   PO Box 30957,
                  Salt Lake City, UT 84130
517789705        E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover,   PO Box 6013,
                  Dover, DE 19903-6013
```

```
District/off: 0312-2          User: admin                Page 4 of 7                  Date Rcvd: Feb 24, 2020
                              Form ID: 185               Total Noticed: 225


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517789711      E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover Financial Services Llc,
                 P0 Box 15316,   Wilmington, DE 19850
517789709      E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover,   PO Box 30399,
                 Salt Lake City, UT 84130
517789706      E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover,   PO Box 5044,
                 Sandy, UT 84091-5044
517789707      E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover,   PO Box 5019,
                 Sandy, UT 84091-5019
517789719     +E-mail/Text: fggbanko@fgny.com Feb 25 2020 00:25:04      Foster, Garbus & Garbus,
                 Attorneys At Law,   7 Banta Place,   Hackensack, NJ 07601-5604
517789723     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:02      GE Money Bank,   P0 Box 960061,
                 Orlando, FL 32896-0061
517789722     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:32      GE Money Bank,   PO Box 981064,
                 El Paso, TX 79998-1064
517789721      E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:33      GE Money Bank,   P0 Box 960061,
                 Dayton, FL 32896
517789725     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:38      GECRB/JC Penny,   Po Box 965007,
                 Orlando, FL 32896-5007
517789724     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:40      GECRB/JC Penny,
                 Attention:  Bankruptcy,   P0 Box 103104,   Roswell, GA 30076-9104
517789727     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:40      GEMB,   PO Box 981400,
                 El Paso, TX 79998-1400
517789730     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:41      JC Penny,
                 Attention:  Bankruptcy,   P0 Box 103104,   Roswell, GA 30076-9104
517789731     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:34      JCPenny,   PO Box 530945,
                 Atlanta, GA 30353-0945
517789733     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:39      JCPenny,   PO Box 960090,
                 Orlando, FL 32896-0090
517789732     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:03      JCPenny,   P0 Box 981131,
                 El Paso, TX 79998-1131
517789735     +E-mail/Text: bankruptcies@jnrcollects.com Feb 25 2020 00:26:50      JNR Adjustment Company,
                 7001 E Fish Lake Rd Ste,   Maple Grove, MN 55311-2841
517789734     +E-mail/Text: bankruptcies@jnrcollects.com Feb 25 2020 00:26:50      JNR Adjustment Company,
                 P0 Box 27070,   Minneapolis, MN 55427-0070
517789737     +E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 00:25:12      Kohl's,   PO Box 3004,
                 Milwaukee, WI 53201-3004
517789736     +E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 00:25:12      Kohl's,   PO Box 2983,
                 Milwaukee, WI 53201-2983
517789738     +E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 00:25:12      Kohls/capone,
                 N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
517789740      E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 00:25:12      Kohls/chase,
                 N58 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051
517905053      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:34:17      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517873599      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:33:46      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,   PO BOX 10587,   Greenville, SC 29603-0587
517789755     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2020 00:26:03      Midland Funding,
                 8875 Aero Drive Ste 200,   San Diego, CA 92123-2255
517789757     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2020 00:26:03      Midland Funding,
                 2365 Northside Drive Ste 30,   San Diego, CA 92108-2709
517789758     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2020 00:26:03      Midland Funding,
                 2365 Northside Drive,   San Diego, CA 92108-2709
517789759     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2020 00:26:03      Midland Funding,
                 Attn: Bankruptcy,   P0 Box 939069,   San Diego, CA 92193-9069
517822364     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2020 00:26:03      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517789808      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:45:24
                 Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
517789811      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:45:31
                 Portfolio Recovery,   140 Corporate Blvd.,   Norfolk, VA 23502
517789810      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:33:41
                 Portfolio Recovery,   140 Corporate Blvd.,   Ste. 1,   Norfolk, VA 23502
517789803      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:33:41
                 Portfolio Recovery,   Attn: Bankruptcy,   P0 Box 41067,   Norfolk, VA 23541
517916705      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:34:10
                 Portfolio Recovery Associates, LLC,   C/O Capital One Bank (usa), N.A.,   POB 41067,
                 Norfolk VA 23541
517883231      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:33:41
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
517789833     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:33:47      Resurgent Capital,
                 PO Box 10587,   Greenville, SC 29603-0587
517789834     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:33:46
                 Resurgent Capital Services, L.P.,   15 S. Main St., Ste. 600,   Greenville, SC 29601-2768
517789859     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:38      Synchrony Bank,   PO Box 530927,
                 Atlanta, GA 30353-0927
517794162     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:40      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0312-2          User: admin              Page 5 of 7                 Date Rcvd: Feb 24, 2020
                              Form ID: 185             Total Noticed: 225


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517789862         +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:39      Synchrony Bank,    PO Box 960013,
                   Orlando, FL 32896-0013
517789860         +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:40      Synchrony Bank,    PO Box 965013,
                   Orlando, FL 32896-5013
517789864         +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:02      Synchrony Bank,    P0 Box 965024,
                   Orlando, FL 32896-5024
517789861         +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:03      Synchrony Bank,    P0 Box 965015,
                   Orlando, FL 32896-5015
517789858         +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:39      Synchrony Bank,    P0 Box 965036,
                   Orlando, FL 32896-5036
517789868          E-mail/Text: bankruptcy@td.com Feb 25 2020 00:26:10       TD Bank,    PO Box 8400,
                   Lewiston, ME 04243
517789870          E-mail/Text: bankruptcy@td.com Feb 25 2020 00:26:10       TD Banknorth,    Operations Center,
                   P0 Box 1377,    Lewiston, ME 04243
517789886         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 00:25:51
                   World Financial Network Bank,    220 W. Schrock Road,    Westerville, OH 43081-2873
                                                                                             TOTAL: 73


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517789626*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,     P0 Box 982235,    El Paso, TX 79998)
517789631*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
517789633*        +Bank of America,    Attn: Recovery Department,     PO Box 2278,    Norfolk, VA 23501-2278
517789656*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One Bank,     15000 Capital One Drive,    Richmond, VA 23238)
517789679*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    P0 Box 20363,
                   Kansas City, MO 64195)
517789680*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    P0 Box 20363,
                   Kansas City, MO 64195)
517789692*       ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                  (address filed with court: Citicorp Credit Services, Inc.,     7920 NW 110th Street,
                   Kansas City, MO 64153)
517789693*       ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                  (address filed with court: Citicorp Credit Services, Inc.,     7920 NW 110th Street,
                   Kansas City, MO 64153)
517789649*        +Calvary Portfolio Services,    Attention: Bankruptcy Department,
                   500 Summit Lake Dr. Suite 400,     Valhalla, NY 10595-2321
517789651*        +Capital One,    PO Box 85617,    Richmond, VA 23285-5617
517903217*         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517867998*        +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,     Valhalla, NY 10595-2321
517867999*        +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,     Valhalla, NY 10595-2321
517789667*        +Chase Bank,    P0 Box 15298,    Wilmington, DE 19850-5298
517789672*         Chase bank,    PO Box 659409,    San Antonio, TX 78265
517789687*        +CitiCards,    PO Box 6345,    The Lakes, NV 88901-0001
517789677*         Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
517789682*        +Citibank Sd, Na,    Pob 6241,    Sioux Falls, SD 57117-6241
517789683*        +Citibank Sd, Na,    Pob 6241,    Sioux Falls, SD 57117-6241
517789686*        +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
517789690*        +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
517789700*        +Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
517789704*        +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
517789726*        +GECRB/JC Penny,    Po Box 965007,    Orlando, FL 32896-5007
517789739*        +Kohls/capone,    N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
517789751*        +Macys,    P0 Box 8218,    Mason, OH 45040-8218
517789754*        +Mattleman, Weinworth, & Miller ESQ LLP,     401 Route 70 East,    Suite 100,
                   Cherry Hill, NJ 08034-2410
517789756*        +Midland Funding,    8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
517789761*        +Midland Funding Company,    2365 Northside Drive Ste 30,     San Diego, CA 92108-2709
517789774*       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                  (address filed with court: Nissan Motors,     Attn: Bankruptcy,    P0 Box 371491,
                   Pittsburg, PA 75266)
517789780*        +NYC Department of Finance,    Parking Violations Operations,     Peck Slip Station,    PO Box 2337,
                   New York, NY 10272-2337
517789779*         NYC Department of Finance,    Parking Violations Operations,     JAF Station,    PO Box 1724,
                   New York, NY 10116-1724
517789768*        +New Century Financial Inc.,    7 Entin Road,    Parsippany, NJ 07054-5020
517789770*        +New Century Financial, LLC,    Attn: Pressler & Pressler,     7 Entin Road,
                   Parsippany, NJ 07054-5020
517789794*        +PNC Bank,    Consumer Loan Center,    2730 LIberty Avenue,    Pittsburgh, PA 15222-4704
517917723*        +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
517789801*        +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
517789812*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
517789813*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
```

```
District/off: 0312-2                  User: admin                    Page 6 of 7                   Date Rcvd: Feb 24, 2020
                                      Form ID: 185                   Total Noticed: 225


            ***** BYPASSED RECIPIENTS (continued) *****
517789814*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,     NORFOLK VA 23541-1067
                   (address filed with court:  Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
517789815*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,     NORFOLK VA 23541-1067
                   (address filed with court:  Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
517789809*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,     NORFOLK VA 23541-1067
                   (address filed with court:  Portfolio Recovery,    120 Corporate Blvd.,    Ste. 1,
                     Norfolk, VA 23502)
517789804*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,     NORFOLK VA 23541-1067
                   (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,
                     Norfolk, VA 23541)
517789805*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,     NORFOLK VA 23541-1067
                   (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,
                     Norfolk, VA 23541)
517789806*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,     NORFOLK VA 23541-1067
                   (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,
                     Norfolk, VA 23541)
517789807*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,     NORFOLK VA 23541-1067
                   (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,
                     Norfolk, VA 23541)
517789787*         +Pnc Bank,    103 Bellevue Pkwy,    Wilmington, DE 19809-3701
517789785*         +Pnc Bank,    P0 Box 5570,    Cleveland, OH 44101-0570
517789795*         +Pnc Bank,    Po Box 5570,    Cleveland, OH 44101-0570
517789822*         +Pressler, Felt, & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517789824*         +Pressler, Felt, & Warshaw, LLP ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517789836*         +Sears,   P0 Box 6282,    Sioux Falls, SD 57117-6282
517789840*         +Sears Credit,    P0 Box 6282,    Sioux Falls, SD 57117-6282
517789848*         +Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
517789851*         +Sears Gold Mastercard,    PO Box 6922,    The Lakes, NV 88901-0001
517789856*          State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
517789863*         +Synchrony Bank,    Po Box 965015,    Orlando, FL 32896-5015
517789875*        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                   (address filed with court:  US Bank,     4801 Frederica Street,    Owensboro, KY 42301)
517789874*        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                   (address filed with court:  US Bank,     PO Box 108,    Saint Louis, MO 63166)
517789872*        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                   (address filed with court:  US Bank,     PO Box 5227,    Cincinnati, OH 45201)
517789873*        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                   (address filed with court:  US Bank,     PO Box 790408,    Saint Louis, MO 63179)
517789876*        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                   (address filed with court:  US bank,     PO Box 6352,    Fargo, ND 58125)
517789871*        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                   (address filed with court:  Us Bank,    205 W 4th Street,    Cincinnati, OH 45202)
517789877*        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                   (address filed with court:  Us Bank Rms Cc,    205 W 4th Street,    Cincinnati, OH 45202)
517789694         ##+Citizens Bank,    100 Sockanosset Crossroads,    Cranston, RI 02920-5565
517789882         ##+Wells Fargo Bank,    PO Box 28724,    Kansas City, MO 64188-8724
                                                                                               TOTALS: 0, * 64, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 7 of 7              Date Rcvd: Feb 24, 2020
                               Form ID: 185             Total Noticed: 225
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              Herbert B. Raymond    on behalf of Joint Debtor Asmaa A Hanafy herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Herbert B. Raymond    on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Jill  Manzo    on behalf of Creditor    PNC MORTGAGE, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```