**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 2 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                           Case No.:      18-29589 VFP

SAFI M. HANAFY
 ASMAA A. HANAFY,                                                Judge:         VINCENT F. PAPALIA

                    Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date:   FEBRUARY 22, 2020

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____HR____    Initial Debtor: ____SH____    Initial Co-Debtor: ____AH____

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ __350__ per __MONTH__ to the Chapter 13 Trustee, starting on __NOVEMBER OF 2018__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 151 Burhans Avenue, Haledon, NJ
Proposed date for completion: December 31, 2020

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

\*\* Completion of loan modification on or before December 31, 2020. Debtor to make regular monthly mortgage payment to lender/servicer, PNC Bank, NA (PNC Mortgage), pertaining to first mortgage. PNC Bank also holds another mortgage against the property, a second mortgage, which is being stripped off. Trustee is not to pay mortgage arrears due to PNC Bank, pertaining to first mortgage. Mortgage arrears, due to PNC Bank, as to first mortgage, are to be addressed through loan modification.

**Part 2:    Adequate Protection  ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | NONE AS TO DOMESTIC SUPPORT | $4,750 Balance Due Counsel (Orig. Fee) |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

## Part 4:   Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| PNC MORTGAGE | 2nd Mortgage re: 151 Burhans, Haledon | $95,000 | $240,000 | PNC MORTGAGE/BANK, FIRST MORTGAGE IAO $408,397 | NO VALUE | N/A | NO VALUE |
| NEW CENTURY FINANCIAL | Judgment against same property | $5,159 | $240,000 | SAME | NO VALUE | N/A | NO VALUE |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

i. Mortgage pertaining to real property located at 10 Lee Avenue, Haldeon, New Jersey. Continued payments on mortgage, no arrears. Mother to continue to make payments on mortgage pertaining to this property.

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Borough of Haledon, Tax Collector | REAL PROPERTY TAXES PERTAINING TO PROPERTY LOCATED AT 151 BURHANS AVENUE, HALEDON, NEW JERSEY | $0 OR UNKNOWN |

### Part 5:  Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7: Motions  ☐ NONE

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| PNC MORTGAGE | 2ND MORTGAGE RE: 151 BURHANS AVE., HALEDON, NJ | $95,000 | $240,000 | PNC BANK FIRST MORTGAGE, IAO $408,397 | NO VALUE | ENTIRE SECOND MORTGAGE IAO $95,000 |
| NEW CENTURY FINANCIAL SERVICES | JUDGMENT LIEN PERTAINING TO 151 BURHANS AVE., HALEDON, NJ | $5,159 | $240,000 | PNC BANK/MORTGAGE, FIRST MORTGAGE IAO $408,397 | NO VALUE | ENTIRE JUDGMENT LIEN IAO $5,159 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees & Supp. Counsel Fees (Fully paid before other Claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: OCTOBER 22, 2018                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| TO PROVIDE FOR TIME FOR THE DEBTOR TO OBTAIN A LOAN MODIFICATION OUTSIDE OF THE COURT'S LOSS MITIGATION PROCESS. | PAYMENTS REMAIN THE SAME UNDER THE PLAN.  ONLY CHANGE IS THAT MODIFICATION IS OUTSIDE COURT'S LOSS MITIGATION PROCESS AND PLAN PROVIDES FOR THE DEBTOR TO OBTAIN A LOAN MODIFICATION ON OR BEFORE 12/31/20.  DEBTOR TO MAKE REG. MONTHLY MORTGAGE PAYMENTS AND ARREARS TO BE ADDRESSED THROUGH LOAN MODIFICATION. |

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☐ Yes     ☒ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: FEBRUARY 22, 2020　　　　　　　/S/ SAFI M. HANAFY
　　　　　　　　　　　　　　　　　　　Debtor

Date: FEBRUARY 22, 2020　　　　　　　/S/ ASMAA A. HANAFY
　　　　　　　　　　　　　　　　　　　Joint Debtor

Date: FEBRUARY 22, 2020　　　　　　　/S/ HERBERT B. RAYMOND, ESQ.
　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                              Case No. 18-29589-VFP
Safi M Hanafy                                                       Chapter 13
Asmaa A Hanafy
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 7             Date Rcvd: Feb 24, 2020
                              Form ID: pdf901           Total Noticed: 225

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db/jdb         +Safi M Hanafy,    Asmaa A Hanafy,    151 Burhans Avenue,    Haledon, NJ 07508-1441
517789615      +American Expess Legal LLC,    500 North Franklin Turnpike,    PO Box 278,    Ramsey, NJ 07446-0278
517789619       American Express,    PO Box 1270,    Newark, NJ 07101-1270
517789616      +American Express,    P0 Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
517789617      +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517789620       American Express,    PO Box 7871,    Fort Lauderdale, FL 33329
517789618      +American Express,    PO Box 297812,    Ft. Lauderdale, FL 33329-7812
517904873       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517789621      +Apotaker & Scian PC,    PO Box 5496,    Mount Laurel, NJ 08054-5496
517789622      +Apotaker & Scian PC ESQ,    PO Box 5496,    Mount Laurel, NJ 08054-5496
517789623      +Apothaker  Scian PC,    520 Fellowship Road,    C306,   Mount Laurel, NJ 08054-3410
517789624      +Apothaker & Associates, PC,    520 Fellowship Road,    C306,   Mount Laurel, NJ 08054-3410
517789627     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Parkway,    Greensboro, NC 27410)
517789632       Bank of America,    475 Crosspoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
517789636      +Bank of America,    PO Box 9000,    Getzville, NY 14068-9000
517789630       Bank of America,    Attn; Bankruptcy,    P0 Box 15021,    Wilmington, DE 19850
517789635      +Bank of America,    PO Box 17645,    Baltimore, MD 21297-1645
517789628      +Bank of America,    Attn: Recovery Department,    PO Box 2278,    Norfolk, VA 23501-2278
517789629       Bank of America,    4461 Piedmont Parkway,    Greensboro, NC 27410
517789634      +Bank of America,    100 North Tron Street,    Charlotte, NC 28255-0001
517789638      +Barnet Hospital,    1 E 35th Street,    Paterson, NJ 07514-1311
517789637      +Barnet Hospital,    680 Broadway,    Paterson, NJ 07514-1524
517789640      +Best Buy,    PO Box 17051,    Baltimore, MD 21297-1051
517789639      +Best Buy,    Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
517789641       Best Buy/HSBC Retail,    PO Box 5244,    Carol Stream, IL 60197-5244
517789642      +Borough of Haledon,    Attn: Tax Collector,    510 Belmont Avenue,    Haledon, NJ 07508-1626
517789643      +Borough of Haledon NJ,    Attn: Tax Collector,    510 Belmont Avenue,    Haledon, NJ 07508-1626
517789644      +Borough of Haledon, NJ,    510 Belmont Avenue,    Haledon, NJ 07508-1626
517789691     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court:  Citicorp Credit Services, Inc.,    7920 NW 110th Street,
                 Kansas City, MO 64153)
517789674     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank,    Attn: Centralized Bankruptcy,    P0 Box 20363,
                 Kansas City, MO 64195)
517789678     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank,    PO Box 6553,    The Lakes, NV 88901)
517902616       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517789661      +Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
517789662       Cardmember Services,    P0 Box 8650,    Wilmington, DE 19899
517789663      +Cardmember Services,    PO Box 8982,    Madison, WI 53708-8982
517789665      +Celentano. Stadtmauer & Walentowicz,    PO Box 2594,    1035 Route 46 East,
                 Clifton, NJ 07013-7481
517789664       Celentano. Stadtmauer & Walentowicz,    PO Box 2594,    Clifton, NJ 07015-2594
517789666      +Chase Bank,    P0 Box 15298,    Wilmington, DE 19850-5298
517789668      +Chase Bank,    P0 Box 15153,    Wilmington, DE 19886-5153
517789671      +Chase Bank,    PO Box 183164,    Columbus, OH 43218-3164
517789669      +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
517789673       Chase Bankcard Services,    150 University Drive G2-8,    Scottsdale, AZ 85251
517789670       Chase bank,    PO Box 659409,    San Antonio, TX 78265
517789685      +CitiCards,    PO Box 6345,    The Lakes, NV 88901-0001
517789675      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
517789676       Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
517789681      +Citibank Sd, Na,    Pob 6241,    Sioux Falls, SD 57117-6241
517789684      +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
517789688      +Citicorp Cedit Services,    PO Box 39308,    Solon, OH 44139-0308
517789689      +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
517789695      +Citizens Bank,    Asset Disposition Redemption Specialist,    100A Sockanossett Crossroad, RDC100,
                 Cranston, RI 02920-5539
517789696      +Citizens Bank,    P0 Box 42115,    Providence, RI 02940-2115
517789697      +Citizens Finance Corporation,    PO Box 844,    Wausau, WI 54402-0844
517789712      +Dsnb Macys,    P0 Box 8218,    Mason, OH 45040-8218
517789713       Eichenbaum & Stylianou, LLC,    Attorneys At Law,    10 Forest Avenue - PO Box 914,
                 Paramus, NJ 07653-0914
517789715      +FIA Card Services, NA,    P0 Box 15137,    Wilmington, DE 19850-5137
517789717       Foster & Garbus,    PO Box 9030,    Farmingdale, NY 11735
517789716       Foster & Garbus,    PO Box 1148,    Hauppauge, NY 11788
517789718      +Foster and Garbus,    500 Bi-County Blvd.,    Suite 300, West Wing,    Farmingdale, NY 11735-3988
517789720       GE Money Bank,    PO Box 98143,    El Paso, TX 79998
517789728      +Gerald Sherman,    Attn: Paul a Grosso, ESQ,    172 Market Street,    Elmwood Park, NJ 07407-1413
517789729      +Haledon Tax Collector,    Attn: Tax Collector,    510 Belmont Avenue,    Haledon, NJ 07508-1626
517789741      +LDW Benefits Payment Control,    PO Box 650,    Trenton, NJ 08646-0650
```

```
District/off: 0312-2           User: admin              Page 2 of 7              Date Rcvd: Feb 24, 2020
                               Form ID: pdf901          Total Noticed: 225


517789743      +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
517789746      +Macy's,    P0 Box 4583,   Carol Stream, IL 60197-4583
517789744       Macy's,    PO Box 4580,   Carol Stream, IL 60197-4580
517789742       Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
517789745       Macy's,    PO Box 4563,   Carol Stream, IL 60197-4563
517789749      +Macy's Visa,    P0 Box 9001108,    Louisville, KY 40290-1108
517789748       Macy's Visa,    PO Box 90098,   West Chester, OH 45071
517789747      +Macy's Visa,    P0 Box 745012,    Cincinnati, OH 45274-5012
517789750      +Macys,    P0 Box 8218,   Mason, OH 45040-8218
517789752      +Maher Alqarallah,    15 Brookview Drive,    Haledon, NJ 07508-2600
517789753      +Mattleman, Weinworth, & Miller ESQ,     401 Route 70 East,   Suite 100,
                 Cherry Hill, NJ 08034-2410
517789760      +Midland Funding,    P0 Box 2001,    Warren, MI 48090-2001
517789762      +Mohammad Zughbi,    55 3rd Avenue,    Paterson, NJ 07524-1560
517789763      +Mullooly, Jeffrey, Rooney & Flynn,     6851 Jericho Turnpike Suite 220,    PO Box 9036,
                 Syosset, NY 11791-9036
517789764      +Mullooly, Jeffrey, Rooney & Flynn,     PO Box 9036,   16th Floor,   Syosset, NY 11791-9036
517789765      +Mullooly, Jeffrey, Rooney & Flynn,     6851 Jericho Turnpike Suite 220,    Syosset, NY 11791-4449
517789772     ++NISSAN MOTOR ACCEPTANCE CORPORATION,     LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
                (address filed with court: Nissan Infinti Lt,      Attn: Bankruptcy,   8900 Freeport Parkway,
                 Irving, TX 75063)
517789776       NYC Department of Finance,    Parking Violations Operations,    JAF Station,   PO Box 1724,
                 New York, NY 10116-1724
517789777      +NYC Department of Finance,    Parking summons,    PO Box 2057,   New York, NY 10272-2057
517789778      +NYC Department of Finance,    Parking Violations Operations,    Peck Slip Station,   PO Box 2337,
                 New York, NY 10272-2337
517789781      +NYC Parking Violations,    Church Street Station,    PO Box 3611,   New York, NY 10008-3611
517789766      +New Century,    110 S. Jefferson Rd., #104,    Whippany, NJ 07981-1038
517789767      +New Century Financial,    7 Entin Road,    Parsippany, NJ 07054-5020
517789769      +New Century Financial, LLC,    Attn: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517789771       Nissan,    18501 South Figueroa Street,    Gardena, CA 90248
517789773      +Nissan Motor Acceptance,    P0 Box 660360,    Dallas, TX 75266-0360
517789775      +Nissan-infiniti Finance,    Attn: Bankruptcy,    P0 Box 660366,   Dallas, TX 75266-0366
517789783      +PNC,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517917612      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND,OH 44101-4982
517789789      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517789790      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
517789792       PNC Bank,    Attn: Consumer Assistance Team,    PO Box 1326,   Pittsburgh, PA 15230
517789793      +PNC Bank,    Attn: Customer Service,    PO Box 609,   Pittsburgh, PA 15230-0609
517789791      +PNC Bank,    Attn: Mortgage Service Center,    PO Box 3714558,   Pittsburgh, PA 15250-0001
517789797       PNC Bank,    PO Box 4700,   Wilkes Barre, PA 18773-4700
517789798      +PNC Bank,    PO Box 15137,   Wilmington, DE 19886-5137
517789796       PNC Bank,    PO Box 15397,   Wilmington, DE 19886-5397
517789788       PNC Bank,    Po Box 5370,   Cleveland, OH 44101
517789800      +PNC Mortgage,    PO Box 1820,   Dayton, OH 45401-1820
517789802       PNC National Bank of NJ,    PO Box 8310,    Philadelphia, PA 19101
517789817     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: PRA III , LLC,     PO Box 12914,   Norfolk, VA 23541)
517789782      +Paul a Grosso, ESQ,    172 Market Street,    Elmwood Park, NJ 07407-1413
517789786      +Pnc Bank,    103 Bellevue Pkwy,    Wilmington, DE 19809-3701
517789784      +Pnc Bank,    P0 Box 5570,   Cleveland, OH 44101-0570
517789799      +Pnc Bank Na,    P0 Box 3180,   Pittsburgh, PA 15230-3180
517789816      +Portfolio Recovery Associates, L.L.C.,     PO Box 12903,   Norfolk, VA 23541-0903
517789818      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517789819      +Pressler & Pressler ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517789820      +Pressler And Pressler, Attorneys,     7 Entin Road,   Parsippany, NJ 07054-5020
517789821      +Pressler, Felt, & Warshaw, LLP,     7 Entin Road,   Parsippany, NJ 07054-5020
517789823      +Pressler, Felt, & Warshaw, LLP ESQ,     7 Entin Road,   Parsippany, NJ 07054-5020
517789825      +Prism/cbna,    P0 Box 6497,   Sioux Falls, SD 57117-6497
517789828      +RBS,   Credit Card Services,    PO Box 42010,    Providence, RI 02940-2010
517789829      +RBS,   PO Box 18204,   Bridgeport, CT 06601-3204
517789830      +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd,   Warwick, RI 02886-1321
517789831      +RBS Citizens Cc,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
517789826      +Radio Shack,    Po Box 6497,   Sioux Falls, SD 57117-6497
517789827      +Radio Shack/cbsd,    Attn.: Citi Centralized Bankruptcy,    P0 Box 20363,
                 Kansas City, MO 64195-0363
517789832      +Resurgent,    PO Box 1410,   Troy, MI 48099-1410
517789837       Sears,    P0 Box 182532,   Columbus, OH 43218
517789838       Sears,    PO Box 182459,   Columbus, OH 43218
517789835      +Sears,    P0 Box 6282,   Sioux Falls, SD 57117-6282
517789839      +Sears Credit,    P0 Box 6282,   Sioux Falls, SD 57117-6282
517789843      +Sears Credit Card,    PO Box 183082,    Columbus, OH 43218-3082
517789842      +Sears Credit Card,    PO Box 183081,    Columbus, OH 43218-3081
517789841      +Sears Credit Card,    P0 Box 6282,   Sioux Falls, SD 57117-6282
517789844      +Sears Credit Card,    P0 Box 78051,    Phoenix, AZ 85062-8051
517789846      +Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
517789847      +Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
517789845      +Sears Credit Cards,    P0 Box 6282,    Sioux Falls, SD 57117-6282
517789849      +Sears Gold Mastercard,    PO Box 182156,    Columbus, OH 43218-2156
```

```
District/off: 0312-2          User: admin                  Page 3 of 7                   Date Rcvd: Feb 24, 2020
                              Form ID: pdf901              Total Noticed: 225


517789850      +Sears Gold Mastercard,    PO Box 6922,    The Lakes, NV 88901-0001
517789852       Selip & Stylianou, LLC,    Attorneys At Law,    PO Box 914,    Paramus, NJ 07653-0914
517789853      +Selip and Stylianou,    PO Box 9004,    Melville, NY 11747-9004
517789854      +Selip and Stylianou,    199 Crossways Park Drive,    PO Box 9004,    Woodbury, NY 11797-9004
517789855       State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
517789857       State of New Jersey,    Department of Labor,    PO Box 059,    Trenton, NJ 08625-0059
517789869       TD bank,    PO Box 84037,    Fortson, GA 31808
517789865      +Target,    3901 West 53rd St.,    Sioux Falls, SD 57106-4221
517789866      +Target,    PO Box 660170,    Dallas, TX 75266-0170
517789867      +Target N.b.,    P0 Box 673,    Minneapolis, MN 55440-0673
517789714     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,     777 E Wisconsin Avenue,
                 Milwaukee, WI 53202)
517789878      +Wachovia Bank /Wells Fargo,    P0 Box 31557,    Mac B6955-01b,    Billings, MT 59107-1557
517789879      +Wachovia Bank Vasf/Wells Fargo,    Po Box 3117,    Winston Salem, NC 27102-3117
517789881      +Wells Fargo Bank,    Attn: National Asset Recovery,    PO Box 701,    Chesterfield, MO 63006-0701
517789880      +Wells Fargo Bank,    PO Box 30086,    Los Angeles, CA 90030-0086
517789883       Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
517789884      +Wells Fargo Card Services,    PO Box 6412,    Carol Stream, IL 60197-6412
517789885      +Wells Fargo Financial,    PO Box 98784,    Las Vegas, NV 89193-8784

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:03       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:27
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517906819      +E-mail/Text: g20956@att.com Feb 25 2020 00:26:35      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
517789625       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 00:25:39       Avenue,    PO Box 659584,
                 San Antonio, TX 78265-9584
517789652       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:04       Capital One,
                 PO Box 85015,    Richmond, VA 23285-5015
517789655       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:33:37       Capital One Bank,
                 15000 Capital One Drive,    Richmond, VA 23238
517789645      +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 00:26:23       Calvary Investments,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
517789646      +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 00:26:23       Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
517789647      +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 00:26:23       Calvary Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285-7288
517789648      +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 00:26:23       Calvary Portfolio Services,
                 500 Summit Lake Drive,    PO Box 520,    Valhalla, NY 10595-0520
517789653      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:44       Capital One,
                 PO Box 85147,    Richmond, VA 23276-0001
517789650      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:33:35       Capital One,
                 PO Box 85617,    Richmond, VA 23285-5617
517789658      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:44       Capital One Bank,
                 PO Box 70885,    Charlotte, NC 28272-0885
517789657      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:33:36       Capital One Bank,
                 P0 Box 30281,    Salt Lake City, UT 84130-0281
517789654      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:09       Capital One Bank,
                 Attn: General Correspondence,    P0 Box 30285,    Salt Lake City, UT 84130-0285
517789659      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:44
                 Capital One Bank ( USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517789660      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 00:34:45       Capital One, NA,
                 Capital One Bank (USA) N.A.,    P0 Box 30285,    Salt Lake City, UT 84130-0285
517867997      +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 00:26:23       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517789698     ++E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 00:25:40       Comenity,    PO Box 183003,
                 Columbus, OH 43218-3003
517789699     ++E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 00:25:40       Comenity Bank,
                 Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
517789701      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 25 2020 00:33:40       Credit One Bank,
                 P0 Box 98873,    Las Vegas, NV 89193-8873
517789703      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 25 2020 00:33:41       Credit One Bank,
                 P0 Box 80015,    Los Angeles, CA 90080-0015
517789702      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 25 2020 00:33:41       Credit One Bank,
                 585 S. Pilot Street,    Las Vegas, NV 89119-3619
517789708       E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover,    PO Box 30943,
                 Salt Lake City, UT 84130
517789710       E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover,    PO Box 30957,
                 Salt Lake City, UT 84130
517789705       E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover,    PO Box 6013,
                 Dover, DE 19903-6013
517789711       E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01      Discover Financial Services Llc,
                 P0 Box 15316,    Wilmington, DE 19850
```

```
District/off: 0312-2            User: admin                 Page 4 of 7                  Date Rcvd: Feb 24, 2020
                                Form ID: pdf901             Total Noticed: 225


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517789709      E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01        Discover,    PO Box 30399,
               Salt Lake City, UT 84130
517789706      E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01        Discover,    PO Box 5044,
               Sandy, UT 84091-5044
517789707      E-mail/Text: mrdiscen@discover.com Feb 25 2020 00:25:01        Discover,    PO Box 5019,
               Sandy, UT 84091-5019
517789719     +E-mail/Text: fggbanko@fgny.com Feb 25 2020 00:25:04       Foster, Garbus & Garbus,
               Attorneys At Law,    7 Banta Place,    Hackensack, NJ 07601-5604
517789723     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:30        GE Money Bank,    P0 Box 960061,
               Orlando, FL 32896-0061
517789722     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:57        GE Money Bank,    PO Box 981064,
               El Paso, TX 79998-1064
517789721      E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:26        GE Money Bank,    P0 Box 960061,
               Dayton, FL 32896
517789725     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:26        GECRB/JC Penny,    Po Box 965007,
               Orlando, FL 32896-5007
517789724     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:58        GECRB/JC Penny,
               Attention:    Bankruptcy,    P0 Box 103104,    Roswell, GA 30076-9104
517789727     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:57        GEMB,    PO Box 981400,
               El Paso, TX 79998-1400
517789730     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:26        JC Penny,
               Attention:    Bankruptcy,    P0 Box 103104,    Roswell, GA 30076-9104
517789731     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:30        JCPenny,    PO Box 530945,
               Atlanta, GA 30353-0945
517789733     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:28        JCPenny,    PO Box 960090,
               Orlando, FL 32896-0090
517789732     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:30        JCPenny,    P0 Box 981131,
               El Paso, TX 79998-1131
517789735     +E-mail/Text: bankruptcies@jnrcollects.com Feb 25 2020 00:26:50        JNR Adjustment Company,
               7001 E Fish Lake Rd Ste,    Maple Grove, MN 55311-2841
517789734     +E-mail/Text: bankruptcies@jnrcollects.com Feb 25 2020 00:26:50        JNR Adjustment Company,
               P0 Box 27070,    Minneapolis, MN 55427-0070
517789737     +E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 00:25:06        Kohl’s,    PO Box 3004,
               Milwaukee, WI 53201-3004
517789736     +E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 00:25:05        Kohl’s,    PO Box 2983,
               Milwaukee, WI 53201-2983
517789738     +E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 00:25:06        Kohls/capone,
               N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
517789740      E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 00:25:06        Kohls/chase,
               N58 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
517905053      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:33:45        LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517873599      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:33:45        LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517789755     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2020 00:26:03        Midland Funding,
               8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
517789757     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2020 00:26:03        Midland Funding,
               2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
517789758     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2020 00:26:03        Midland Funding,
               2365 Northside Drive,    San Diego, CA 92108-2709
517789759     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2020 00:26:03        Midland Funding,
               Attn: Bankruptcy,    P0 Box 939069,    San Diego, CA 92193-9069
517822364     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2020 00:26:03        Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
517789808      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:33:40
               Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
517789811      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:34:12
               Portfolio Recovery,    140 Corporate Blvd.,    Norfolk, VA 23502
517789810      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:33:39
               Portfolio Recovery,    140 Corporate Blvd.,    Ste. 1,    Norfolk, VA 23502
517789803      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:45:24
               Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,    Norfolk, VA 23541
517916705      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:33:39
               Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.A.,    POB 41067,
               Norfolk VA 23541
517883231      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 00:34:51
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517789833     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:33:45        Resurgent Capital,
               PO Box 10587,    Greenville, SC 29603-0587
517789834     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:34:16
               Resurgent Capital Services, L.P.,    15 S. Main St., Ste. 600,    Greenville, SC 29601-2768
517789859     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:30        Synchrony Bank,    PO Box 530927,
               Atlanta, GA 30353-0927
517794162     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:27        Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517789862     +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:30        Synchrony Bank,    PO Box 960013,
               Orlando, FL 32896-0013
```

```
District/off: 0312-2           User: admin                  Page 5 of 7                   Date Rcvd: Feb 24, 2020
                               Form ID: pdf901              Total Noticed: 225


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517789860      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:58      Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
517789864      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:27      Synchrony Bank,    P0 Box 965024,
                 Orlando, FL 32896-5024
517789861      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:33:26      Synchrony Bank,    P0 Box 965015,
                 Orlando, FL 32896-5015
517789858      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 00:34:30      Synchrony Bank,    P0 Box 965036,
                 Orlando, FL 32896-5036
517789868       E-mail/Text: bankruptcy@td.com Feb 25 2020 00:26:10       TD Bank,    PO Box 8400,
                 Lewiston, ME 04243
517789870       E-mail/Text: bankruptcy@td.com Feb 25 2020 00:26:10       TD Banknorth,    Operations Center,
                 P0 Box 1377,    Lewiston, ME 04243
517789886      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 00:25:40
                 World Financial Network Bank,    220 W. Schrock Road,    Westerville, OH 43081-2873
                                                                                                TOTAL: 73

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517789626*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     P0 Box 982235,    El Paso, TX 79998)
517789631*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
517789633*      +Bank of America,    Attn: Recovery Department,     PO Box 2278,    Norfolk, VA 23501-2278
517789656*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank,     15000 Capital One Drive,    Richmond, VA 23238)
517789679*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    P0 Box 20363,
                 Kansas City, MO 64195)
517789680*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    P0 Box 20363,
                 Kansas City, MO 64195)
517789692*     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                 (address filed with court: Citicorp Credit Services, Inc.,      7920 NW 110th Street,
                 Kansas City, MO 64153)
517789693*     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                 (address filed with court: Citicorp Credit Services, Inc.,      7920 NW 110th Street,
                 Kansas City, MO 64153)
517789649*      +Calvary Portfolio Services,    Attention: Bankruptcy Department,
                 500 Summit Lake Dr. Suite 400,     Valhalla, NY 10595-2321
517789651*      +Capital One,    PO Box 85617,    Richmond, VA 23285-5617
517903217*      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517867998*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,     Valhalla, NY 10595-2321
517867999*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,     Valhalla, NY 10595-2321
517789667*      +Chase Bank,    P0 Box 15298,    Wilmington, DE 19850-5298
517789672*       Chase bank,    PO Box 659409,    San Antonio, TX 78265
517789687*      +CitiCards,    PO Box 6345,    The Lakes, NV 88901-0001
517789677*       Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
517789682*      +Citibank Sd, Na,    Pob 6241,    Sioux Falls, SD 57117-6241
517789683*      +Citibank Sd, Na,    Pob 6241,    Sioux Falls, SD 57117-6241
517789686*      +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
517789690*      +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
517789700*      +Comenity Bank,    Attention: Bankruptcy,     P0 Box 182686,    Columbus, OH 43218-2686
517789704*      +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
517789726*      +GECRB/JC Penny,    Po Box 965007,    Orlando, FL 32896-5007
517789739*      +Kohls/capone,    N56 W 17000 Ridgeview Drive,    Menomonee Falls, WI 53051-7096
517789751*      +Macys,    P0 Box 8218,    Mason, OH 45040-8218
517789754*      +Mattleman, Weinworth, & Miller ESQ LLP,     401 Route 70 East,    Suite 100,
                 Cherry Hill, NJ 08034-2410
517789756*      +Midland Funding,    8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
517789761*      +Midland Funding Company,    2365 Northside Drive Ste 30,     San Diego, CA 92108-2709
517789774*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,     PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nissan Motors,     Attn: Bankruptcy,    P0 Box 371491,
                 Pittsburg, PA 75266)
517789780*      +NYC Department of Finance,    Parking Violations Operations,     Peck Slip Station,    PO Box 2337,
                 New York, NY 10272-2337
517789779*       NYC Department of Finance,    Parking Violations Operations,     JAF Station,    PO Box 1724,
                 New York, NY 10116-1724
517789768*      +New Century Financial Inc.,    7 Entin Road,    Parsippany, NJ 07054-5020
517789770*      +New Century Financial, LLC,    Attn: Pressler & Pressler,     7 Entin Road,
                 Parsippany, NJ 07054-5020
517789794*      +PNC Bank,    Consumer Loan Center,    2730 LIberty Avenue,    Pittsburgh, PA 15222-4704
517917723*      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
517789801*      +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
517789812*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
517789813*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
517789814*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
```

```
District/off: 0312-2          User: admin               Page 6 of 7              Date Rcvd: Feb 24, 2020
                              Form ID: pdf901           Total Noticed: 225


             ***** BYPASSED RECIPIENTS (continued) *****
517789815*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
517789809*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    120 Corporate Blvd.,    Ste. 1,
                 Norfolk, VA 23502)
517789804*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,
                 Norfolk, VA 23541)
517789805*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,
                 Norfolk, VA 23541)
517789806*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,
                 Norfolk, VA 23541)
517789807*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,
                 Norfolk, VA 23541)
517789787*      +Pnc Bank,    103 Bellevue Pkwy,    Wilmington, DE 19809-3701
517789785*      +Pnc Bank,    P0 Box 5570,    Cleveland, OH 44101-0570
517789795*      +Pnc Bank,    Po Box 5570,    Cleveland, OH 44101-0570
517789822*      +Pressler, Felt, & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517789824*      +Pressler, Felt, & Warshaw, LLP ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517789836*      +Sears,    P0 Box 6282,    Sioux Falls, SD 57117-6282
517789840*      +Sears Credit,    P0 Box 6282,    Sioux Falls, SD 57117-6282
517789848*      +Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
517789851*      +Sears Gold Mastercard,    PO Box 6922,    The Lakes, NV 88901-0001
517789856*       State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
517789863*      +Synchrony Bank,    Po Box 965015,    Orlando, FL 32896-5015
517789875*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    4801 Frederica Street,    Owensboro, KY 42301)
517789874*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 108,    Saint Louis, MO 63166)
517789872*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 5227,    Cincinnati, OH 45201)
517789873*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 790408,    Saint Louis, MO 63179)
517789876*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US bank,    PO Box 6352,    Fargo, ND 58125)
517789871*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank,    205 W 4th Street,    Cincinnati, OH 45202)
517789877*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank Rms Cc,    205 W 4th Street,    Cincinnati, OH 45202)
517789694     ##+Citizens Bank,    100 Sockanosset Crossroads,    Cranston, RI 02920-5565
517789882     ##+Wells Fargo Bank,    PO Box 28724,    Kansas City, MO 64188-8724
                                                                                     TOTALS: 0, * 64, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                      Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-2          User: admin              Page 7 of 7              Date Rcvd: Feb 24, 2020
                              Form ID: pdf901          Total Noticed: 225
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2020 at the address(es) listed below:

```
              Herbert B. Raymond    on behalf of Joint Debtor Asmaa A Hanafy herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Herbert B. Raymond    on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Jill  Manzo    on behalf of Creditor    PNC MORTGAGE, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```