| | |
|---|---|
| United States Bankruptcy Court<br>District of New Jersey<br>caption in compliance with<br>D.N.J. LBR 9004-1(b)<br><br>Fein, Such, Kahn & Shepard, P.C.<br>Counsellors at Law<br>7 Century Drive-Suite 201<br>Parsippany, NJ 07054<br>Attorneys for Secured Creditor<br>PNC BANK, NATIONAL ASSOCIATION<br>JILL A. MANZO, ESQ.<br>PN062<br>bankruptcy@fskslaw.com | Order Filed on November 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SAFI M HANAFY and<br>ASMAA A HANAFY aka<br>ASMAA ASHMUWY<br><br>Debtors | Case No.: 13<br><br>Chapter: 18-29589 VFP<br><br>Hearing date: N/A<br><br>Judge: HONORABLE VINCENT F. PAPALIA |

**CONSENT ORDER ALLOWING LATE AMENDED PROOF OF CLAIM**

The relief set forth on the following page, numbered (2), is hereby **ORDERED**.

**DATED: November 25, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtors: SAFI M HANAFY and ASMAA A HANAFY
Case No: 18-29589 VFP
Caption of Order: **CONSENT ORDER ALLOWING LATE AMENDED PROOF OF CLAIM**

Upon the application of **FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors, PNC BANK, NATIONAL ASSOCIATION,** as to certain real property known as **151 BURHANS AVE HALEDON NJ 07508** and in the presence of **HERBERT B. RAYMOND, ESQ.**, attorney for the above named Debtors, the parties having consented to the entry of the within Order,

Ordered as follows:

1. The trustee is authorized to pay the late filed amended claim of Creditor, **PNC BANK, NATIONAL ASSOCIATION**, listed on the Claims Register as claim no. **17**, in the amount of **$281,697.86**, with an arrearage in the amount of **$208,952.26**.

2. The late amended claim is allowed and Debtors retain the right to file an objection pursuant to D.N.J. LBR 3007-1.

3. The movant shall serve this Order on the Debtors, any Trustee and other interested parties.

2

Debtors: SAFI M HANAFY and ASMAA A HANAFY
Case No: 18-29589 VFP
Caption of Order: **CONSENT ORDER ALLOWING LATE AMENDED PROOF OF CLAIM**

Consent to Form and Entry
Fein, Such, Kahn & Shepard, P.C.
Attorney for the Secured Creditor,
**PNC BANK, NATIONAL ASSOCIATION**

By: _____
     JILL A. MANZO, ESQ.

     Dated: 11/10/2020

Consent to Form and Entry
**HERBERT B. RAYMOND, ESQ.**
Attorney for the Debtors,
**SAFI M HANAFY and ASMAA A HANAFY**

By: _____  11/10/20
     HERBERT B. RAYMOND, ESQ.

3