| | |
|---|---|
| United States Bankruptcy Court<br>District of New Jersey<br>caption in compliance with<br>D.N.J. LBR 9004-1(b)<br><br>Fein, Such, Kahn & Shepard, P.C.<br>Counsellors at Law<br>7 Century Drive-Suite 201<br>Parsippany, NJ 07054<br>Attorneys for Secured Creditor<br>PNC BANK, NATIONAL ASSOCIATION<br>JILL A. MANZO, ESQ.<br>PN062<br>bankruptcy@fskslaw.com | Order Filed on November 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SAFI M HANAFY and<br>ASMAA A HANAFY aka<br>ASMAA ASHMUWY<br><br>Debtors | Case No.: 13<br><br>Chapter: 18-29589 VFP<br><br>Hearing date: N/A<br><br>Judge: HONORABLE VINCENT F. PAPALIA |

## CONSENT ORDER ALLOWING LATE AMENDED PROOF OF CLAIM

The relief set forth on the following page, numbered (2), is hereby **ORDERED.**

**DATED: November 25, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtors: SAFI M HANAFY and ASMAA A HANAFY
Case No: 18-29589 VFP
Caption of Order: **CONSENT ORDER ALLOWING LATE AMENDED PROOF OF CLAIM**

Upon the application of **FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors, PNC BANK, NATIONAL ASSOCIATION,** as to certain real property known as **151 BURHANS AVE HALEDON NJ 07508** and in the presence of **HERBERT B. RAYMOND, ESQ.**, attorney for the above named Debtors, the parties having consented to the entry of the within Order,

Ordered as follows:

1. The trustee is authorized to pay the late filed amended claim of Creditor, **PNC BANK, NATIONAL ASSOCIATION**, listed on the Claims Register as claim no. **17**, in the amount of **$281,697.86**, with an arrearage in the amount of **$208,952.26**.

2. The late amended claim is allowed and Debtors retain the right to file an objection pursuant to D.N.J. LBR 3007-1.

3. The movant shall serve this Order on the Debtors, any Trustee and other interested parties.

2

Debtors: SAFI M HANAFY and ASMAA A HANAFY
Case No: 18-29589 VFP
Caption of Order: **CONSENT ORDER ALLOWING LATE AMENDED PROOF OF CLAIM**

Consent to Form and Entry
Fein, Such, Kahn & Shepard, P.C.
Attorney for the Secured Creditor,
**PNC BANK, NATIONAL ASSOCIATION**

By: _____
JILL A. MANZO, ESQ.
Dated: 11/10/2020

Consent to Form and Entry
**HERBERT B. RAYMOND, ESQ.**
Attorney for the Debtors,
**SAFI M HANAFY and ASMAA A HANAFY**

By: _____  11/10/20
HERBERT B. RAYMOND, ESQ.

3

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29589-VFP |
| Safi M Hanafy | Chapter 13 |
| Asmaa A Hanafy | |
|     Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 25, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Safi M Hanafy, Asmaa A Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Joint Debtor Asmaa A Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jill Manzo | on behalf of Creditor PNC MORTGAGE  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Jill Manzo | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 25, 2020 | Form ID: pdf903 | Total Noticed: 1

Kevin Gordon McDonald
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8