Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−29589−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Safi M Hanafy
151 Burhans Avenue
Haledon, NJ 07508

Asmaa A Hanafy
aka Asmaa Ashmuwy
151 Burhans Avenue
Haledon, NJ 07508

Social Security No.:
xxx−xx−1264

xxx−xx−4996

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on January 25, 2021.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 25, 2021
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 18-29589-VFP

Safi M Hanafy                                                                                          Chapter 13

Asmaa A Hanafy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                  User: admin                                                    Page 1 of 10

Date Rcvd: Jan 25, 2021                           Form ID: 148                                          Total Noticed: 234

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Safi M Hanafy, Asmaa A Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 517789615 | + | American Expess Legal LLC, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 517789621 | + | Apotaker & Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 517789622 | + | Apotaker & Scian PC ESQ, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 517789623 | + | Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 517789624 | + | Apothaker & Associates, PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 517789629 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 517789638 | + | Barnet Hospital, 1 E 35th Street, Paterson, NJ 07514-1311 |
| 517789637 | + | Barnet Hospital, 680 Broadway, Paterson, NJ 07514-1524 |
| 517789642 | + | Borough of Haledon, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 517789643 | + | Borough of Haledon NJ, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 517789644 | + | Borough of Haledon, NJ, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 517789663 | + | Cardmember Services, PO Box 8982, Madison, WI 53708-8982 |
| 517789665 | + | Celentano. Stadtmauer & Walentowicz, PO Box 2594, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 517789664 | | Celentano. Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 517789673 | | Chase Bankcard Services, 150 University Drive G2-8, Scottsdale, AZ 85251 |
| 517789688 | + | Citicorp Cedit Services, PO Box 39308, Solon, OH 44139-0308 |
| 517789696 | + | Citizens Bank, P0 Box 42115, Providence, RI 02940-2115 |
| 517789695 | + | Citizens Bank, Asset Disposition Redemption Specialist, 100A Sockanossett Crossroad, RDC100, Cranston, RI 02920-5539 |
| 517789697 | + | Citizens Finance Corporation, PO Box 844, Wausau, WI 54402-0844 |
| 517789713 | | Eichenbaum & Stylianou, LLC, Attorneys At Law, 10 Forest Avenue - PO Box 914, Paramus, NJ 07653-0914 |
| 517789717 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 517789716 | | Foster & Garbus, PO Box 1148, Hauppauge, NY 11788 |
| 517789718 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 517789720 | | GE Money Bank, PO Box 98143, El Paso, TX 79998 |
| 517789728 | + | Gerald Sherman, Attn: Paul a Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 517789729 | + | Haledon Tax Collector, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 517789740 | | Kohls/chase, N58 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 517789741 | + | LDW Benefits Payment Control, PO Box 650, Trenton, NJ 08646-0650 |
| 517789748 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 517789752 | + | Maher Alqarallah, 15 Brookview Drive, Haledon, NJ 07508-2600 |
| 517789753 | + | Mattleman, Weinworth, & Miller ESQ, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 517789760 | + | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 517789762 | + | Mohammad Zughbi, 55 3rd Avenue, Paterson, NJ 07524-1560 |
| 517789763 | + | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, PO Box 9036, Syosset, NY 11791-9036 |
| 517789764 | + | Mullooly, Jeffrey, Rooney & Flynn, PO Box 9036, 16th Floor, Syosset, NY 11791-9036 |
| 517789765 | + | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, Syosset, NY 11791-4449 |
| 517789772 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Infinti Lt, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |
| 517789777 | + | NYC Department of Finance, Parking summons, PO Box 2057, New York, NY 10272-2057 |
| 517789778 | + | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 517789776 | | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |

District/off: 0312-2              User: admin             Page 2 of 10

Date Rcvd: Jan 25, 2021              Form ID: 148             Total Noticed: 234

| | | |
|---|---|---|
| 517789781 | + | NYC Parking Violations, Church Street Station, PO Box 3611, New York, NY 10008-3611 |
| 517789766 | + | New Century, 110 S. Jefferson Rd., #104, Whippany, NJ 07981-1038 |
| 517789767 | + | New Century Financial, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789769 | + | New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789771 | | Nissan, 18501 South Figueroa Street, Gardena, CA 90248 |
| 517789773 | + | Nissan Motor Acceptance, P0 Box 660360, Dallas, TX 75266-0360 |
| 517789775 | + | Nissan-infiniti Finance, Attn: Bankruptcy, P0 Box 660366, Dallas, TX 75266-0366 |
| 517789792 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 517789791 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 517789796 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 517789797 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 517789788 | | PNC Bank, Po Box 5370, Cleveland, OH 44101 |
| 517789802 | | PNC National Bank of NJ, PO Box 8310, Philadelphia, PA 19101 |
| 517789817 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |
| 517789782 | + | Paul a Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 517789786 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 517789816 | + | Portfolio Recovery Associates, L.L.C., PO Box 12903, Norfolk, VA 23541-0903 |
| 517789818 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789819 | + | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789820 | + | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789821 | + | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789823 | + | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789825 | + | Prism/cbna, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 517789827 | + | Radio Shack/cbsd, Attn.: Citi Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195-0363 |
| 517789832 | + | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 517789838 | | Sears, PO Box 182459, Columbus, OH 43218 |
| 517789844 | + | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 517789852 | | Selip & Stylianou, LLC, Attorneys At Law, PO Box 914, Paramus, NJ 07653-0914 |
| 517789854 | + | Selip and Stylianou, 199 Crossways Park Drive, P0 Box 9004, Woodbury, NY 11797-9004 |
| 517789853 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 517789857 | + | State of New Jersey, Department of Labor, PO Box 059, Trenton, NJ 08625-0059 |
| 517789855 | | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 517789869 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 517789879 | + | Wachovia Bank Vasf/Wells Fargo, Po Box 3117, Winston Salem, NC 27102-3117 |

TOTAL: 75

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Jan 25 2021 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Jan 25 2021 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | | |
| | | | Jan 26 2021 02:13:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517906819 | + | EDI: CINGMIDLAND.COM | | |
| | | | Jan 26 2021 02:13:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517789616 | + | EDI: BECKLEE.COM | | |
| | | | Jan 26 2021 02:13:00 | American Express, P0 Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 517789619 | | EDI: AMEREXPR.COM | | |
| | | | Jan 26 2021 02:13:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517789617 | + | EDI: AMEREXPR.COM | | |
| | | | Jan 26 2021 02:13:00 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517789618 | | EDI: AMEREXPR.COM | | |
| | | | Jan 26 2021 02:13:00 | American Express, PO Box 297812, Ft. |

District/off: 0312-2                                     User: admin                                      Page 3 of 10
Date Rcvd: Jan 25, 2021                                 Form ID: 148                                     Total Noticed: 234

|  |  |  |  |
|---|---|---|---|
|  |  |  | Lauderdale, FL 33329-7812 |
| 517789620 | EDI: AMEREXPR.COM | Jan 26 2021 02:13:00 | American Express, PO Box 7871, Fort Lauderdale, FL 33329 |
| 517904873 | EDI: BECKLEE.COM | Jan 26 2021 02:13:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517789625 | EDI: WFNNB.COM | Jan 26 2021 02:13:00 | Avenue, PO Box 659584, San Antonio, TX 78265-9584 |
| 517789627 | EDI: BANKAMER.COM | Jan 26 2021 02:13:00 | Bank Of America, Attention: Recovery Department, 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 517789626 | EDI: BANKAMER.COM | Jan 26 2021 02:13:00 | Bank Of America, P0 Box 982235, El Paso, TX 79998 |
| 517789631 | EDI: BANKAMER.COM | Jan 26 2021 02:13:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517789636 | + EDI: BANKAMER2.COM | Jan 26 2021 02:13:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517789634 | + EDI: BANKAMER2.COM | Jan 26 2021 02:13:00 | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 517789628 | + EDI: BANKAMER.COM | Jan 26 2021 02:13:00 | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501-2278 |
| 517789630 | EDI: BANKAMER2.COM | Jan 26 2021 02:13:00 | Bank of America, Attn; Bankruptcy, P0 Box 15021, Wilmington, DE 19850 |
| 517789632 | EDI: BANKAMER2.COM | Jan 26 2021 02:13:00 | Bank of America, 475 Crosspoint Parkway, PO Box 9000, Getzville, NY 14068-9000 |
| 517789635 | + EDI: BANKAMER2.COM | Jan 26 2021 02:13:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 517789640 | EDI: HFC.COM | Jan 26 2021 02:13:00 | Best Buy, PO Box 17051, Baltimore, MD 21297-1051 |
| 517789639 | + EDI: HFC.COM | Jan 26 2021 02:13:00 | Best Buy, Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 517789641 | EDI: HFC.COM | Jan 26 2021 02:13:00 | Best Buy/HSBC Retail, PO Box 5244, Carol Stream, IL 60197-5244 |
| 517789652 | EDI: CAPITALONE.COM | Jan 26 2021 02:13:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517789655 | EDI: CAPITALONE.COM | Jan 26 2021 02:13:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 517789674 | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Citibank, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 517789678 | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Citibank, PO Box 6553, The Lakes, NV 88901 |
| 517789679 | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 517789691 | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 517789828 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 25 2021 21:41:00 | RBS, Credit Card Services, PO Box 42010, Providence, RI 02940 |
| 517789829 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 25 2021 21:41:00 | RBS, PO Box 18204, Bridgeport, CT 06601 |
| 517789831 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 25 2021 21:41:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 517789830 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 25 2021 21:41:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd, Warwick, RI 02886 |

District/off: 0312-2                                      User: admin                                        Page 4 of 10
Date Rcvd: Jan 25, 2021                                  Form ID: 148                                       Total Noticed: 234

| 517789645 | + Email/Text: bankruptcy@cavps.com | Jan 25 2021 21:43:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517789648 | + Email/Text: bankruptcy@cavps.com | Jan 25 2021 21:43:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 517789647 | + Email/Text: bankruptcy@cavps.com | Jan 25 2021 21:43:00 | Calvary Portfolio Services, Po Box 27288, Tempe, AZ 85285-7288 |
| 517789646 | + Email/Text: bankruptcy@cavps.com | Jan 25 2021 21:43:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 517789650 | + EDI: CAPITALONE.COM | Jan 26 2021 02:13:00 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517789653 | + EDI: CAPITALONE.COM | Jan 26 2021 02:13:00 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 517789658 | + EDI: CAPITALONE.COM | Jan 26 2021 02:13:00 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 517789657 | + EDI: CAPITALONE.COM | Jan 26 2021 02:13:00 | Capital One Bank, P0 Box 30281, Salt Lake City, UT 84130-0281 |
| 517789654 | + EDI: CAPITALONE.COM | Jan 26 2021 02:13:00 | Capital One Bank, Attn: General Correspondence, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517789659 | + EDI: CAPITALONE.COM | Jan 26 2021 02:13:00 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517902616 |   EDI: BL-BECKET.COM | Jan 26 2021 02:13:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517789660 | + EDI: CAPITALONE.COM | Jan 26 2021 02:13:00 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517867997 | + Email/Text: bankruptcy@cavps.com | Jan 25 2021 21:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517789685 | + EDI: CITICORP.COM | Jan 26 2021 02:13:00 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 517789676 |   EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 517789675 | + EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517789681 | + EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 517789684 | + EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517789689 | + EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 517789698 | + EDI: WFNNB.COM | Jan 26 2021 02:13:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 517789699 | + EDI: WFNNB.COM | Jan 26 2021 02:13:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 517789703 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 25 2021 22:46:57 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517789702 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 25 2021 22:50:33 | Credit One Bank, 585 S. Pilot Street, Las Vegas, NV 89119-3619 |
| 517789701 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 25 2021 22:46:56 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 517789708 |   EDI: DISCOVER.COM | Jan 26 2021 02:13:00 | Discover, PO Box 30943, Salt Lake City, UT |

District/off: 0312-2                                    User: admin                                    Page 5 of 10
Date Rcvd: Jan 25, 2021                              Form ID: 148                                Total Noticed: 234

|  |  |  |  | 84130 |
|---|---|---|---|---|
| 517789710 |  | EDI: DISCOVER.COM | Jan 26 2021 02:13:00 | Discover, PO Box 30957, Salt Lake City, UT 84130 |
| 517789705 |  | EDI: DISCOVER.COM | Jan 26 2021 02:13:00 | Discover, PO Box 6013, Dover, DE 19903-6013 |
| 517789711 |  | EDI: DISCOVER.COM | Jan 26 2021 02:13:00 | Discover Financial Services Llc, P0 Box 15316, Wilmington, DE 19850 |
| 517789712 |  | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Dsnb Macys, P0 Box 8218, Mason, OH 45040 |
| 517789743 |  | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 517789742 |  | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 517789745 |  | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Macy's, PO Box 4563, Carol Stream, IL 60197-4563 |
| 517789744 |  | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Macy's, PO Box 4580, Carol Stream, IL 60197-4580 |
| 517789747 |  | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 517789749 |  | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 517789750 |  | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Macys, P0 Box 8218, Mason, OH 45040 |
| 517789709 |  | EDI: DISCOVER.COM | Jan 26 2021 02:13:00 | Discover, PO Box 30399, Salt Lake City, UT 84130 |
| 517789707 |  | EDI: DISCOVER.COM | Jan 26 2021 02:13:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 517789706 |  | EDI: DISCOVER.COM | Jan 26 2021 02:13:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 517789715 | + | EDI: BANKAMER.COM | Jan 26 2021 02:13:00 | FIA Card Services, NA, P0 Box 15137, Wilmington, DE 19850-5137 |
| 517789719 | + | Email/Text: fggbanko@fgny.com | Jan 25 2021 21:42:00 | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 517789722 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | GE Money Bank, PO Box 981064, El Paso, TX 79998-1064 |
| 517789721 |  | EDI: RMSC.COM | Jan 26 2021 02:13:00 | GE Money Bank, P0 Box 960061, Dayton, FL 32896 |
| 517789723 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | GE Money Bank, P0 Box 960061, Orlando, FL 32896-0061 |
| 517789725 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | GECRB/JC Penny, Po Box 965007, Orlando, FL 32896-5007 |
| 517789724 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | GECRB/JC Penny, Attention: Bankruptcy, P0 Box 103104, Roswell, GA 30076-9104 |
| 517789727 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | GEMB, PO Box 981400, El Paso, TX 79998-1400 |
| 517789730 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | JC Penny, Attention: Bankruptcy, P0 Box 103104, Roswell, GA 30076-9104 |
| 517789731 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | JCPenny, PO Box 530945, Atlanta, GA 30353-0945 |
| 517789732 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 517789733 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | JCPenny, PO Box 960090, Orlando, FL 32896-0090 |
| 517789734 | + | Email/Text: bankruptcies@jnrcollects.com | Jan 25 2021 21:44:00 | JNR Adjustment Company, P0 Box 27070, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Minneapolis, MN 55427-0070 |
| 517789735 | + Email/Text: bankruptcies@jnrcollects.com | Jan 25 2021 21:44:00 | JNR Adjustment Company, 7001 E Fish Lake Rd Ste, Maple Grove, MN 55311-2841 |
| 517789662 | EDI: JPMORGANCHASE | Jan 26 2021 02:13:00 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 517789661 | EDI: JPMORGANCHASE | Jan 26 2021 02:13:00 | Cardmember Services, PO Box 15153, Wilmington, DE 19886 |
| 517789666 | EDI: JPMORGANCHASE | Jan 26 2021 02:13:00 | Chase Bank, P0 Box 15298, Wilmington, DE 19850 |
| 517789668 | EDI: JPMORGANCHASE | Jan 26 2021 02:13:00 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 517789671 | EDI: JPMORGANCHASE | Jan 26 2021 02:13:00 | Chase Bank, PO Box 183164, Columbus, OH 43218 |
| 517789669 | EDI: JPMORGANCHASE | Jan 26 2021 02:13:00 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 517789670 | EDI: JPMORGANCHASE | Jan 26 2021 02:13:00 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 517789736 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 25 2021 21:42:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517789737 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 25 2021 21:42:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 517789738 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 25 2021 21:42:00 | Kohls/capone, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 517905053 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2021 22:50:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517873599 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2021 22:47:08 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517789758 | + EDI: MID8.COM | Jan 26 2021 02:13:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 517789755 | + EDI: MID8.COM | Jan 26 2021 02:13:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 517789759 | + EDI: MID8.COM | Jan 26 2021 02:13:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 517789757 | + EDI: MID8.COM | Jan 26 2021 02:13:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517822364 | + EDI: MID8.COM | Jan 26 2021 02:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517789783 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2021 21:42:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517917612 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2021 21:42:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND,OH 44101 |
| 518802712 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2021 21:42:00 | PNC BANK, N.A., PNC Mortgage, Attn: Bankruptcy Department, 3232 Newmark Drive, Mail Stop: B6-YM07-01-8, Miamisburg OH 45342 |
| 517789789 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2021 21:42:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 517789793 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2021 21:42:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 517789790 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2021 21:42:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 517789800 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2021 21:42:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401 |

District/off: 0312-2 | User: admin | Page 7 of 10
Date Rcvd: Jan 25, 2021 | Form ID: 148 | Total Noticed: 234

| Account | | Notice method | Date/Time | Address |
|---|---|---|---|---|
| 517789784 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2021 21:42:00 | Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 517789799 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2021 21:42:00 | Pnc Bank Na, P0 Box 3180, Pittsburgh, PA 15230 |
| 517789798 | + | EDI: BANKAMER.COM | Jan 26 2021 02:13:00 | PNC Bank, PO Box 15137, Wilmington, DE 19886-5137 |
| 517789808 | | EDI: PRA.COM | Jan 26 2021 02:13:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517789811 | | EDI: PRA.COM | Jan 26 2021 02:13:00 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 517789810 | | EDI: PRA.COM | Jan 26 2021 02:13:00 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517789803 | | EDI: PRA.COM | Jan 26 2021 02:13:00 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517916705 | | EDI: PRA.COM | Jan 26 2021 02:13:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.A., POB 41067, Norfolk VA 23541 |
| 517883231 | | EDI: PRA.COM | Jan 26 2021 02:13:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517789826 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Radio Shack, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517789833 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2021 22:47:07 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 517789834 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2021 22:47:08 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 517789837 | | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears, P0 Box 182532, Columbus, OH 43218 |
| 517789835 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 517789839 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 517789842 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears Credit Card, PO Box 183081, Columbus, OH 43218-3081 |
| 517789843 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 517789841 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears Credit Card, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 517789845 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears Credit Cards, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 517789847 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 517789846 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 517789850 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears Gold Mastercard, PO Box 6922, The Lakes, NV 88901-0001 |
| 517789849 | + | EDI: CITICORP.COM | Jan 26 2021 02:13:00 | Sears Gold Mastercard, PO Box 182156, Columbus, OH 43218-2156 |
| 517789859 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517789862 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517789860 | + | EDI: RMSC.COM | Jan 26 2021 02:13:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |

District/off: 0312-2                    User: admin                    Page 8 of 10
Date Rcvd: Jan 25, 2021                 Form ID: 148                    Total Noticed: 234

| | | | | |
|---|---|---|---|---|
| 517789861 | + EDI: RMSC.COM | | Jan 26 2021 02:13:00 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517789864 | + EDI: RMSC.COM | | Jan 26 2021 02:13:00 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 517789858 | + EDI: RMSC.COM | | Jan 26 2021 02:13:00 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 517794162 | + EDI: RMSC.COM | | Jan 26 2021 02:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517789868 | EDI: TDBANKNORTH.COM | | Jan 26 2021 02:13:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517789870 | EDI: TDBANKNORTH.COM | | Jan 26 2021 02:13:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 517789865 | + EDI: WTRRNBANK.COM | | Jan 26 2021 02:13:00 | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4221 |
| 517789866 | + EDI: WTRRNBANK.COM | | Jan 26 2021 02:13:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517789867 | + EDI: WTRRNBANK.COM | | Jan 26 2021 02:13:00 | Target N.b., P0 Box 673, Minneapolis, MN 55440-0673 |
| 517789714 | EDI: USBANKARS.COM | | Jan 26 2021 02:13:00 | Elan Financial Service, 777 E Wisconsin Avenue, Milwaukee, WI 53202 |
| 517789875 | EDI: USBANKARS.COM | | Jan 26 2021 02:13:00 | US Bank, 4801 Frederica Street, Owensboro, KY 42301 |
| 517789874 | EDI: USBANKARS.COM | | Jan 26 2021 02:13:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 517789872 | EDI: USBANKARS.COM | | Jan 26 2021 02:13:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 517789873 | EDI: USBANKARS.COM | | Jan 26 2021 02:13:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 517789876 | EDI: USBANKARS.COM | | Jan 26 2021 02:13:00 | US bank, PO Box 6352, Fargo, ND 58125 |
| 517789878 | + EDI: WFFC.COM | | Jan 26 2021 02:13:00 | Wachovia Bank /Wells Fargo, P0 Box 31557, Mac B6955-01b, Billings, MT 59107-1557 |
| 517789880 | + EDI: WFFC.COM | | Jan 26 2021 02:13:00 | Wells Fargo Bank, PO Box 30086, Los Angeles, CA 90030-0086 |
| 517789882 | + EDI: WFFC.COM | | Jan 26 2021 02:13:00 | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 517789881 | + EDI: WFFC.COM | | Jan 26 2021 02:13:00 | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 517789883 | EDI: WFFC.COM | | Jan 26 2021 02:13:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 517789884 | + EDI: WFFC.COM | | Jan 26 2021 02:13:00 | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |
| 517789885 | + EDI: WFFC.COM | | Jan 26 2021 02:13:00 | Wells Fargo Financial, PO Box 98784, Las Vegas, NV 89193-8784 |
| 517789886 | + EDI: WFNNB.COM | | Jan 26 2021 02:13:00 | World Financial Network Bank, 220 W. Schrock Road, Westerville, OH 43081-2873 |

TOTAL: 159

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519004852 | | PNC BANK, NATIONAL ASSOCIATION |

| | | |
|---|---|---|
| 517789633 | *+ | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501-2278 |
| 517789656 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 517789680 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 517789692 | *P++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043, address filed with court:, Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 517789693 | *P++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043, address filed with court:, Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 517789649 | *+ | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 517789651 | *+ | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517903217 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517867998 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517867999 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517789687 | *+ | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 517789677 | * | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 517789682 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 517789683 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 517789686 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517789690 | *+ | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 517789700 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 517789704 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517789746 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, P0 Box 4583, Carol Stream, IL 60197 |
| 517789751 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 517789726 | *+ | GECRB/JC Penny, Po Box 965007, Orlando, FL 32896-5007 |
| 517789667 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P0 Box 15298, Wilmington, DE 19850 |
| 517789672 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 517789739 | *+ | Kohls/capone, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 517789754 | *+ | Mattleman, Weinworth, & Miller ESQ LLP, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 517789756 | *+ | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 517789761 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517789774 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motors, Attn: Bankruptcy, P0 Box 371491, Pittsburg, PA 75266 |
| 517789780 | *+ | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 517789779 | * | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 517789768 | *+ | New Century Financial Inc., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789770 | *+ | New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789794 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 517917723 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517789801 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, PO Box 1820, Dayton, OH 45401 |
| 517789785 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 517789795 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 517789812 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517789813 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517789814 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517789815 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517789809 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517789804 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517789805 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517789806 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517789807 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

| | | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
|---|---|---|
| 517789787 | *+ | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 517789822 | *+ | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789824 | *+ | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517789836 | *+ | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 517789840 | *+ | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 517789848 | *+ | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 517789851 | *+ | Sears Gold Mastercard, PO Box 6922, The Lakes, NV 88901-0001 |
| 517789856 | * | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 517789863 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 517789871 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, 205 W 4th Street, Cincinnati, OH 45202 |
| 517789877 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank Rms Cc, 205 W 4th Street, Cincinnati, OH 45202 |
| 517789694 | ##+ | Citizens Bank, 100 Sockanosset Crossroads, Cranston, RI 02920-5565 |

TOTAL: 1 Undeliverable, 57 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Joint Debtor Asmaa A Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jill Manzo | on behalf of Creditor PNC MORTGAGE  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Jill Manzo | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8